



July 12, 2023

The Honorable Janet T. Mills
Governor of Maine
1 State House Station
Augusta, ME 04333

Dear Governor Mills,

On behalf of Maine broadcasters, this letter formalizes our strong opposition to LD 1610- An Act to Prohibit Campaign Spending by Foreign Governments and Promote an Anticorruption Amendment to the United States Constitution.

One of the primary functions of the Maine Association of Broadcasters is to be a watchdog regarding proposed legislation that violates the First Amendment or would cause harm to Maine Radio and Television stations, operating 365 days a year in the public interest.

We believe that this bill achieves both negative consequences.

Of particular concern are Sections 7 and 8:

7. "Due diligence required. Each television or radio broadcasting station, provider of cable or satellite television, print news outlet and Internet platform shall establish due diligence policies and controls that are reasonable designed to ensure that it does not broadcast, distribute or otherwise make available to the public a public communication for which a foreign government-influenced entity has made an expenditure, independent expenditure, electioneering communication, donation or disbursement in violation of this section."

This requirement places an almost impossible burden on Maine broadcasters, operating on fast-turnaround deadlines for placing advertising and often with a skeleton staff. This law would essentially require broadcast outlets to become detective agencies, tasked with investigating the source of funding for any and all campaigns. Most definitely not reasonable and of prohibitive cost. We believe there are also potential violations of the First Amendment with this broad scope of requirement, particularly since several parameters used (such as "electioneering communication" and "independent expenditure") are not expressly defined.

8. "Penalties. The commission may assess a penalty of not more than $5,000 or double the amount of the contribution, expenditure, independent expenditure, electioneering communication, donation or disbursement involved in the violation, whichever is greater, for a violation of this section."

Again, the parameters of defining what constitutes a violation is ambiguous at best—and the penalties are excessive and left up to the discretion of the "commission".

The MAB won't speculate on what motives lay at the heart of this proposed legislation, but our association can definitively promise that Maine broadcasters will suffer significant harm should this become law, a scenario that will surely invite a legal challenge.

On behalf of Maine Television and Radio stations, we ask that you veto this flawed legislation-and thank you in advance for your consideration.

Sincerely

Tim Moore
President/CEO
Maine Association of Broadcasters


cc: Tim Feely-Deputy Legal Council
    Tom Abello-Legislative Director
    David Abel-Hearst Television, Board Chair MAB
    Corey Garrison-Bennett Radio Group, MAB Board
    Jeff Pierce-Wreaths Across America, MAB Board
    Paul Dupuis- Stony Creek Broadcasting, MAB Board
    Herb Ivy-Townsquare Media, MAB Board
    Kim Lee, Gray Television, MAB Board
    Stan Bennett, Bennett Radio Group, MAB Board
    Kelly Landeen, Gray Television, MAB Board
    Matt Barnard, Portland Radio Group, MAB Board