EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **MAINE PRESS ASSOCIATION**<br><br>and<br><br>**MAINE ASSOCIATION OF BROADCASTERS,**<br><br>　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**MAINE COMMISSION ON GOVERNMENTAL ETHICS AND ELECTION PRACTICES, et al.**<br><br>　　　　　　　**Defendants.** | Civil Action No. _____ |

**DECLARATION OF DAVID ABEL IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, David Abel, declare and state as follows:

1. For over fourteen years, I have been President and General Manager of WMTW-TV (Channel 8), an ABC network affiliate, and WPXT-TV (Channel 51) a CW network affiliate, both owned by Hearst Television Inc. and serving southern Maine viewers as broadcast television stations assigned to the Portland-Auburn, Maine designated market area. I have been in the broadcast television industry for over thirty years.

2. Our stations' primary mission is to keep viewers informed, educated, safe, and entertained. We also engage in many community service activities (e.g., food drives, telethons, awareness events, etc.) and frequently work with non-profit community service organizations throughout the State of Maine.

3. As of July 2023, the Portland-Auburn, Maine designated market area we serve includes a total of about 429,000 households.

4.       For close to four years, I have been the Board Chair of the Maine Association of Broadcasters ("**MAB**"). I have been active on the Board of Directors for MAB for most of the time I have been President and General Manager of WMTW and WPXT.

5.       I respectfully submit this declaration in support of Plaintiffs' Motion for a Temporary Restraining Order/Preliminary Injunction regarding An Act to Prohibit Campaign Spending by Foreign Governments and Promote an Anticorruption Amendment to the United States Constitution (the "**Act**").

6.       WMTW-TV, WPXT-TV, and MAB members would be subject to Section 7 of the Act and its due diligence requirements. Specifically, the Act mandates that each media outlet "shall establish due diligence policies, procedures and controls that are reasonably designed to ensure that it does not broadcast, distribute or otherwise make available to the public a public communication for which a foreign government-influenced entity has made an expenditure … in violation of this section."

7.       "Foreign government-influenced entity," in turn, is defined under Section 1 of the Act as (a) a foreign government or (b) an organization in which a foreign government or foreign government-owned entity: (1) has a 5% or more beneficial ownership in that organization; or (2) "directs, dictates, controls or directly or indirectly participates in the decision-making process" of that organization with regard to that organization placing political advertising.

8.       These provisions impose on the media, including broadcast television stations like WMTW-TV and WPXT-TV, requirements that no broadcaster would be able to satisfy in the vast majority of political advertisement placements to the best of my knowledge.

9.       In rare cases, media would be able to comply with the requirements where a political advertiser is a self-identified foreign government or a public entity has disclosed

publicly its complete ownership structure, including any foreign ownership interests. But those instances are few and far between. The vast majority of political advertisers are private entities (such as, political action committees) for which there is no information available regarding ownership interests, let alone whether there is a foreign government-influenced entity that "directly or indirectly participates in the decision-making process" of that advertiser. To the best of my knowledge, there are no means available to ascertain what the Act mandates the media to "ensure" and subjects the media to significant penalties for failure to ensure what is in most cases impossible to ensure.

10. To further complicate the matter and adding another layer of complexity to complying with the mandate, political advertising on broadcast television stations like WMTW-TV and WPXT-TV is almost always placed by and through advertising agencies who act as intermediaries, managing the direct relationships with advertisers. In the overwhelming majority of instances, our sales teams never directly interact with or work with an advertiser or its staff.

11. For the reasons explained above, I respectfully urge the Court to enjoin enforcement of section 7 of the Act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th date of December, 2023.

_/s/ David Abel_
DAVID ABEL
